**No. 10-7849. Anthony Dewayne Hishaw, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 972, 178 L. Ed. 2d 799, 2011 U.S. LEXIS 526.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 467.

**No. 10-7855. James Frances Murphy, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 972, 178 L. Ed. 2d 799, 2011 U.S. LEXIS 237.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 528.

**No. 10-7858. Dennis Charles Kautz, Petitioner v. Gary Kilmer.**

562 U.S. 1162, 131 S. Ct. 973, 178 L. Ed. 2d 799, 2011 U.S. LEXIS 51.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7859. Francis Kalani Lii, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 973, 178 L. Ed. 2d 799, 2011 U.S. LEXIS 29.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 498.

**No. 10-7860. Victor Maldonado-Delgado, Petitioner v. United States.**

562 U.S. 1163, 131 S. Ct. 973, 178 L. Ed. 2d 799, 2011 U.S. LEXIS 597.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 281.

**No. 10-7862. Steven McGary Carroll, Petitioner v. United States.**

562 U.S. 1163, 131 S. Ct. 973, 178 L. Ed. 2d 799, 2011 U.S. LEXIS 109.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 456.